# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

_____ X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

_____

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

    and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE COMMONWEALTH OF
PUERTO RICO,

    as co-trustees respectively, of

THE COMMONWEALTH OF PUERTO RICO,

    Plaintiffs[2]

v.

MANPOWER.,

    Defendant.

_____

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

Adv. Proc. No. 19-Adv.00088

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

[2] The members of the Special Claims Committee, on the one hand, and the Official Committee of Unsecured Creditors, on the other hand, serve as co-trustees and co-plaintiffs in the prosecution of this adversary proceeding as described in that certain *Stipulation And Agreed Order By And Among Financial Oversight And Management Board, Its Special Claims Committee, And Official Committee Of Unsecured Creditors Related To Joint Prosecution Of Debtor Causes Of Action*, Case No. 17-BK-3283 (LTS), ECF No. 6505-1, which is referenced herein to the extent necessary and appropriate.

## MOTION TO WITHDRAW AS ATTORNEYS

COMES NOW, the undersigned attorney and Estrella, LLC, which very respectfully state, allege and pray:

1	This Adversary Proceeding was filed on May 1, 2019 with the Estrella, LLC law firm appearing as Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members, together with hundreds of other cases.

2.	In this particular case, the undersigned counsel and the Estella LLC were inadvertently placed in this action as local counsel to the Special Claims Committee.

3.	In light of that inadvertence, Estrella, LLC hereby withdraws as Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members in this matter.

4.	Although there has been no appearance no appearance in this case since it was filed yesterday, the undersigned attorney and the Firm do not want to be notified of any documents filed in this Adversary Proceeding. For the foregoing reasons, it is respectfully requested that the court allow the undersigned to withdraw as aforesaid counsel and cease its notifications in this case to undersigned.

**WHEREFORE**, undersigned Counsel and Estrella, LLC respectfully withdraw as Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members in this matter.

-------------------------------The Balance of this Page is Left Intentionally Blank ---------------------------------------------

Date: May 2, 2019

*/s/ Kenneth C. Suria*
**ESTRELLA, LLC**
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090