# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO *et al*, | |
| Debtors.[1] | |

---

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | Adv. Proc. No. 19-00088 |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, | |
| as co-trustees respectively, of | |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Plaintiffs[2] | |
| v. | |

---

[1] Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case member due to software limitations and the last four (4) digits of each Debtor's federal federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bkcy. Case No. 17-bk-3283 (LTS)) (last four digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bkcy. Case No. 17-bk-3566 (LTS)) (last four digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bkcy. Case No. 17-bk-3567 (LTS)) (last four digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bkcy. Case No. 17-bk-3284 (LTS)) (last four digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bkcy. Case No. 17-bk-4780 (LTS)) (last four digits of Federal Tax ID: 3747).

[2] The members of the Special Claims Committee, on the one hand, and the Official Committee of Unsecured Creditors, on the other hand, serve as co-trustees and co-plaintiffs in the prosecution of this adversary proceeding as described in certain *Stipulation and Agreed Order By and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action*, 17-bk-3283 (LTS), ECF No. 6505-1.

| | |
|---|---|
| Manpower, | : |
| | : |
| Defendant. | : |

------------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Casillas, Santiago & Torres LLC hereby enter their appearance in the above-captioned adversary proceeding as local counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members (the "Special Claims Committee"). The Special Claims Committee hereby requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that all notice given or required to be given in this case be served upon the undersigned counsel:

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq.
Alberto J. E. Añeses Negrón, Esq.
Israel Fernández Rodríguez, Esq.
Juan C. Nieves González, Esq.
Cristina B. Fernández Niggemann, Esq.
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. §2170 *et seq*, title 11 of the United States Code ("Bankruptcy Code"), and the Bankruptcy Rules, also includes, without limitations, any orders, reports, pleadings, motions, applications or

2

petitions, schedules, plans, disclosure statements, demands, and answering, responsive or reply papers filed in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that the Special Claims Committee intends that neither this notice of appearance nor any former or later pleading, claim or suit shall waive the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or any other rights, claims, actions, defenses, set-offs, or recoupments to which the Special Claims Committee is or may be entitled under agreements in law or in equity.

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to case participants.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 3rd of May, 2019.

/s/ Juan J. Casillas Ayala

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq., USDC-PR 218312
Alberto J. E. Añeses Negrón, Esq., USDC-PR 302710
Israel Fernández Rodríguez, Esq., USDC-PR 225004
Juan C. Nieves González, Esq., USDC-PR 231707
Cristina B. Fernández Niggemann, Esq., USDC-PR 306008
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and though is members*
and
*Counsel to the Official Committee of Unsecured Creditors*