# Addendum A

| Date Filed | Case No | Case Title |
|---|---|---|
| 4/30/2019 | 19-00041-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Alpha Guards Management Inc. |
| 4/30/2019 | 19-00042-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Bristol-Myers Squibb Puerto Rico, Inc. |
| 4/30/2019 | 19-00043-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Community Cornerstones, Inc. |
| 4/30/2019 | 19-00044-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Evertec, Inc. |
| 4/30/2019 | 19-00045-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Abacus Educational Services, Corp. |
| 4/30/2019 | 19-00046-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Innovative Solutions Inc. |
| 4/30/2019 | 19-00047-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Action To Build Changes Corp. |
| 4/30/2019 | 19-00048-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Ambassador Veterans Services of Puerto Rico L.L.C. |
| 4/30/2019 | 19-00049-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Taller de Desarrollo Infantil y Prescolar Chiquirimundi Inc. |
| 4/30/2019 | 19-00050-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. TEC Contractors, LLC |
| 4/30/2019 | 19-00051-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Caribe Grolier, Inc. |
| 4/30/2019 | 19-00052-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Academia CEIP |
| 4/30/2019 | 19-00053-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Centro de Desarrollo Academico, Inc. |
| 4/30/2019 | 19-00054-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Clinica de Terapias Pediatricas, Inc. |
| 4/30/2019 | 19-00055-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Computer Learning Centers, Inc. |
| 4/30/2019 | 19-00056-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. E. Cardona & Asociados, Inc. |
| 4/30/2019 | 19-00057-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. A C R Systems |
| 4/30/2019 | 19-00058-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. AFCG Inc. d/b/a Arroyo-Flores Consulting Group, Inc. |
| 4/30/2019 | 19-00059-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Estrada Maisonet |
| 4/30/2019 | 19-00060-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Enterprise Services Caribe, LLC |
| 4/30/2019 | 19-00061-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. A New Vision In Educational Services and Materials, Inc. |
| 4/30/2019 | 19-00062-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Apex General Contractors LLC |
| 4/30/2019 | 19-00063-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. GF Solutions, Inc. |
| 4/30/2019 | 19-00064-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. 800 Ponce de Leon Corp. |
| 4/30/2019 | 19-00065-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Huellas Therapy Corp. |
| 4/30/2019 | 19-00066-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Amar Educational Services Inc. |
| 4/30/2019 | 19-00067-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Institucion Educativa Nets, LLC |
| 4/30/2019 | 19-00068-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Intervoice Communication of Puerto Rico Inc. |
| 4/30/2019 | 19-00069-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. America Aponte & Assoc. Corp. |
| 4/30/2019 | 19-00070-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Arcos Dorados Puerto Rico LLC |
| 4/30/2019 | 19-00071-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. J. Jaramillo Insurance, Inc. |
| 4/30/2019 | 19-00072-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Bianca Convention Center, Inc. |
| 4/30/2019 | 19-00073-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Campofresco, Corp. |
| 4/30/2019 | 19-00074-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Arieta & Son Assurance Corporation |
| 4/30/2019 | 19-00075-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Jose Santiago, Inc. |
| 4/30/2019 | 19-00076-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Armada Productions Corp. |
| 4/30/2019 | 19-00077-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Asociacion Azucarera Cooperativa Lafayette |

| Date Filed | Case No | Case Title |
|---|---|---|
| 4/30/2019 | 19-00078-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Caribbean Data System, Inc. |
| 4/30/2019 | 19-00079-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Avanti Technologies Inc. |
| 4/30/2019 | 19-00080-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Avanzatec LLC |
| 4/30/2019 | 19-00081-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Management, Consultants & Computer Services, Incorporated |
| 4/30/2019 | 19-00082-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Comprehensive Health Service, Inc. |
| 4/30/2019 | 19-00083-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Badillo Saatchi & Saatchi, Inc. |
| 4/30/2019 | 19-00084-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Empresas Arr Inc. |
| 4/30/2019 | 19-00085-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Barreras, Inc. |
| 4/30/2019 | 19-00086-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Empresas Loyola, Inc. |
| 4/30/2019 | 19-00087-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Beanstalk Innovation Puerto Rico LLC |
| 4/30/2019 | 19-00088-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Manpower |
| 4/30/2019 | 19-00089-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. BI Incorporated |
| 4/30/2019 | 19-00090-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Estrada Bus Line, Inc. |
| 4/30/2019 | 19-00091-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Bio-Nuclear of Puerto Rico, Inc. |
| 4/30/2019 | 19-00092-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Facsimile Paper Connection Corp. |
| 4/30/2019 | 19-00093-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. First Hospital Panamericano, Inc. |
| 4/30/2019 | 19-00094-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Cabrera & Ramos Transporte, Inc. |
| 4/30/2019 | 19-00095-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. MMM Healthcare, Inc. |
| 4/30/2019 | 19-00096-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Forcelink Corp. |
| 4/30/2019 | 19-00097-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Caribbean City Builders, Inc. |
| 4/30/2019 | 19-00098-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Caribbean Educational Services, Inc. |
| 4/30/2019 | 19-00099-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Caribbean Restaurant Inc |
| 4/30/2019 | 19-00100-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Fridma Corporation |
| 4/30/2019 | 19-00101-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Educational Development Group Inc. |
| 4/30/2019 | 19-00102-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. N. Harris Computer Corporation |
| 4/30/2019 | 19-00103-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Girard Manufacturing, Inc. |
| 4/30/2019 | 19-00104-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Caribbean Temporary Services, Inc. |
| 4/30/2019 | 19-00105-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Caribe Tecno, Inc. |
| 4/30/2019 | 19-00106-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Johnjavi Corporation |
| 4/30/2019 | 19-00107-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Abbvie Corp. |
| 4/30/2019 | 19-00108-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Carnegie Learning, Inc. |
| 4/30/2019 | 19-00109-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Kelly Services Puerto Rico |
| 4/30/2019 | 19-00110-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Educree: Consultores Educativos Inc. |
| 4/30/2019 | 19-00111-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Carvajal Educacion, Inc. |
| 4/30/2019 | 19-00112-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Oracle Caribbean, Inc. |
| 4/30/2019 | 19-00113-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Kelly Services, Inc. |
| 4/30/2019 | 19-00114-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Total Petroleum Puerto Rico Corp. |

| Date Filed | Case No | Case Title |
|---|---|---|
| 4/30/2019 | 19-00115-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Case Solutions, LLC |
| 4/30/2019 | 19-00116-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. CCHPR Hospitality, Inc |
| 4/30/2019 | 19-00117-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Pearson Pem P.R., Inc. |
| 4/30/2019 | 19-00118-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Centro Avanzado Patologia & Terapia del Habla, Inc. |
| 4/30/2019 | 19-00119-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Printech, Inc. |
| 4/30/2019 | 19-00120-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Kid's Therapy Services, Inc. |
| 4/30/2019 | 19-00121-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Centro de Patologia del Habla Y Audicion LLC |
| 4/30/2019 | 19-00122-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. L.L.A.C., Inc. |
| 4/30/2019 | 19-00123-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Learning Alliance LLC |
| 4/30/2019 | 19-00124-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Carrasquillo Flores |
| 4/30/2019 | 19-00125-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Rosario Garcia |
| 4/30/2019 | 19-00126-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Elias E Hijos, Inc. |
| 4/30/2019 | 19-00127-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Puerto Rico Telephone Company, Inc. |
| 4/30/2019 | 19-00128-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Ricoh Puerto Rico, Inc. |
| 4/30/2019 | 19-00129-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Next Level Learning, Inc. |
| 4/30/2019 | 19-00130-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Seguros Colon Colon, Inc. |
| 4/30/2019 | 19-00131-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Nexvel Consulting LLC |
| 4/30/2019 | 19-00132-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. ENCANTO RESTAURANTS, INC. |
| 4/30/2019 | 19-00133-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Centro de Terapia Integral Crecemos, CSP |
| 4/30/2019 | 19-00134-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. S.H.V.P. Motor Corp. |
| 4/30/2019 | 19-00135-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. People Television, Inc. |
| 4/30/2019 | 19-00136-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Centro Medico del Turabo, Inc. |
| 4/30/2019 | 19-00137-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Cotto Perez |
| 4/30/2019 | 19-00138-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. R. Cordova Trabajadores Sociales C S P |
| 4/30/2019 | 19-00139-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Excalibur Technologies Corp. |
| 4/30/2019 | 19-00140-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Centro Psicologico del Sur Este P.S.C. |
| 4/30/2019 | 19-00141-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Ramon E. Morales dba Morales Distributors |
| 4/30/2019 | 19-00142-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Centro Sicoterapeutico Multidisciplinario Incorporado |
| 4/30/2019 | 19-00143-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Explora Centro Academico Y Terapeutico LLC |
| 4/30/2019 | 19-00144-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Chelo's Auto Parts |
| 4/30/2019 | 19-00145-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. St. James Security Services, LLC |
| 4/30/2019 | 19-00146-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Clinica Terapeutica del Norte Inc. |
| 4/30/2019 | 19-00147-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Com Est Elec Y/O Francheska Ortiz Bonnet |
| 4/30/2019 | 19-00148-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. FP + 1, LLC |
| 4/30/2019 | 19-00149-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Transporte Sonnel Inc. |
| 4/30/2019 | 19-00150-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Computer Network Systems Corp. |
| 4/30/2019 | 19-00151-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Corporate Research and Training, Inc. |

| Date Filed | Case No | Case Title |
|---|---|---|
| 4/30/2019 | 19-00152-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Creative Educational & Psychological Services, Inc |
| 4/30/2019 | 19-00153-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. CSA Architects & Engineers, LLP |
| 4/30/2019 | 19-00154-LTS | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE C v. Fusion Works, Inc. |
| 4/30/2019 | 19-00155-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Rodriguez-Parissi & Co., C.S.P. |
| 4/30/2019 | 19-00156-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Datas Access Communication Inc |
| 4/30/2019 | 19-00157-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Triple - S Salud, Inc. |
| 4/30/2019 | 19-00158-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Desarrollo Comunicologico de Arecibo Inc. |
| 4/30/2019 | 19-00159-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Gam Realty, LLC |
| 4/30/2019 | 19-00160-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Truenorth Corp. |
| 4/30/2019 | 19-00161-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Didacticos, Inc. |
| 4/30/2019 | 19-00162-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Sesco Technology Solutions, LLC |
| 4/30/2019 | 19-00163-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Distribuidora Blanco, Inc. |
| 4/30/2019 | 19-00164-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. VIIV Healthcare Puerto Rico, LLC |
| 4/30/2019 | 19-00165-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Rodriguez Crespo |
| 4/30/2019 | 19-00166-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. VMC Motor Corp. |
| 4/30/2019 | 19-00167-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Distribuidora Lebron Inc. |
| 4/30/2019 | 19-00168-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. T R C Companies |
| 4/30/2019 | 19-00169-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. General Investment LLC |
| 4/30/2019 | 19-00170-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Transporte Urbina Inc. |
| 4/30/2019 | 19-00171-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Gersh International PR, LLC |
| 4/30/2019 | 19-00172-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Ecolift Corporation |
| 4/30/2019 | 19-00173-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Ediciones Santillana, Inc. |
| 4/30/2019 | 19-00174-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Editorial Panamericana, Inc. |
| 4/30/2019 | 19-00175-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Gonzalez Padin Realty Company, Inc. |
| 4/30/2019 | 19-00176-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. EDN Consulting Group, LLC |
| 4/30/2019 | 19-00177-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Educational Consultants, P.S.C. |
| 4/30/2019 | 19-00178-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Physician HMO Inc. |
| 4/30/2019 | 19-00179-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Ponce de Leon Gun Shop Inc. |
| 4/30/2019 | 19-00180-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Populicom, Inc. |
| 4/30/2019 | 19-00181-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Postage By Phone Reserve Account |
| 4/30/2019 | 19-00182-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Gui-Mer-Fe Inc. |
| 4/30/2019 | 19-00183-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Hewlett Packard Puerto Rico, BV LLC |
| 4/30/2019 | 19-00185-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Procesos de Informatica, Inc. |
| 4/30/2019 | 19-00186-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Hospira Puerto Rico, LLC |
| 4/30/2019 | 19-00187-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Trinity Metal Roof and Steel Structure Corp. |
| 4/30/2019 | 19-00188-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Professional Consulting Psychoeducational Services, LLC |

| Date Filed | Case No | Case Title |
|---|---|---|
| 4/30/2019 | 19-00189-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Union Holdings, Inc. |
| 4/30/2019 | 19-00190-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Professional Records and Information Management, Inc. |
| 4/30/2019 | 19-00191-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Integra Design Group PSC |
| 4/30/2019 | 19-00192-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Promotions & Direct, Inc. |
| 4/30/2019 | 19-00193-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Universal Care Corp. (Unicare) |
| 4/30/2019 | 19-00194-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Intelutions, Inc. |
| 4/30/2019 | 19-00195-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Value Sales Corporation |
| 4/30/2019 | 19-00196-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Prospero Tire Export, Inc. |
| 4/30/2019 | 19-00197-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Vazquez Y Pagan Bus Line, Inc. |
| 4/30/2019 | 19-00198-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. International Business Machines Corporation |
| 4/30/2019 | 19-00199-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Puerto Rico Supplies Group Inc. |
| 4/30/2019 | 19-00200-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. WF Computer Services, Inc. |
| 4/30/2019 | 19-00201-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Hernandez Barreras |
| 4/30/2019 | 19-00202-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. International Surveillance Services Corporation |
| 4/30/2019 | 19-00203-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Ramirez Bus Line Inc. |
| 4/30/2019 | 19-00204-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Service Group Consultant Inc. |
| 4/30/2019 | 19-00205-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Servicio de Transportacion Juan Carlos Inc. |
| 4/30/2019 | 19-00206-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Rancel Bus Service, Inc. |
| 4/30/2019 | 19-00207-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Servicios Profesionales Integrados a la Salud, Inc |
| 4/30/2019 | 19-00208-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Raylin Bus Line Corp. |
| 4/30/2019 | 19-00209-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. William Rivera Transport Service Inc. |
| 4/30/2019 | 19-00210-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Sign Language Interpreters, Inc. |
| 4/30/2019 | 19-00211-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Isla Lab Products, LLC |
| 4/30/2019 | 19-00212-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Rivera Morales |
| 4/30/2019 | 19-00213-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. SSM & Associates, Inc. |
| 4/30/2019 | 19-00214-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Wynndalco Enterprises, LLC |
| 4/30/2019 | 19-00215-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Suiza Dairy Corporation |
| 4/30/2019 | 19-00216-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Reliable Health Services Corp. |
| 4/30/2019 | 19-00217-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. J.F. Educational Services Inc. |
| 4/30/2019 | 19-00218-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Xerox Corporation |
| 4/30/2019 | 19-00219-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Suzuki del Caribe, Inc. |
| 4/30/2019 | 19-00220-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Reyes Contractor Group, Inc. |
| 4/30/2019 | 19-00221-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. JLM Transporte, Inc. |
| 4/30/2019 | 19-00222-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Tactical Equipment Consultants, Inc. |
| 4/30/2019 | 19-00224-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Tatito Transport Service Inc. |
| 4/30/2019 | 19-00226-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Telefonica Larga Distancia de Puerto Rico, Inc. |
| 4/30/2019 | 19-00227-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Estrada Maisonet |

| Date Filed | Case No | Case Title |
|---|---|---|
| 4/30/2019 | 19-00228-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. The Boston Consulting Group, Inc. |
| 4/30/2019 | 19-00229-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Junior Bus Line, Inc. |
| 4/30/2019 | 19-00230-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Rock Solid Technologies, Inc. |
| 4/30/2019 | 19-00231-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Tito Ramirez Bus Service Inc. |
| 4/30/2019 | 19-00232-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Rocket Learning, LLC |
| 4/30/2019 | 19-00233-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Panaderia La Sevillana, Inc. |
| 4/30/2019 | 19-00234-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Metro Center Associates |
| 4/30/2019 | 19-00235-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Rocket Teacher Training, LLC |
| 4/30/2019 | 19-00236-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Law Offices Wolf Popper P.S.C. |
| 4/30/2019 | 19-00237-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Paso A Paso: Centro Interdisciplinario del Aprendizaje, Inc. |
| 4/30/2019 | 19-00238-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Michica International Co., Inc. |
| 4/30/2019 | 19-00239-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Rosso Group, Inc. |
| 4/30/2019 | 19-00240-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Mudanzas Torres, Inc. |
| 4/30/2019 | 19-00241-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Leslie Rubero Multi Services |
| 4/30/2019 | 19-00242-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. PDCM Associates, SE |
| 4/30/2019 | 19-00243-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. S & L Development S.E. |
| 4/30/2019 | 19-00244-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Multi Clean Services Inc. |
| 4/30/2019 | 19-00245-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Pearson Education, Inc. |
| 4/30/2019 | 19-00246-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. National College of Business and Technology Company, Inc. |
| 4/30/2019 | 19-00247-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Semper Innova Corporation |
| 4/30/2019 | 19-00248-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Light Gas Corporation |
| 4/30/2019 | 19-00249-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Perfect Cleaning Services, Inc. |
| 4/30/2019 | 19-00250-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Linkactiv, Inc. |
| 4/30/2019 | 19-00251-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. National Copier & Office Supplies, Inc. |
| 4/30/2019 | 19-00252-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. LS Innovative Education Center, Inc. |
| 4/30/2019 | 19-00253-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Netwave Equipment Corp. |
| 4/30/2019 | 19-00254-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. NIBA International Corp. |
| 4/30/2019 | 19-00255-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Macam S.E. |
| 4/30/2019 | 19-00256-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. NTT Data Eas, Inc. |
| 4/30/2019 | 19-00257-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Malgor & Co. Inc. |
| 4/30/2019 | 19-00258-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. O'Neill Security & Consultant Serv Inc. |
| 4/30/2019 | 19-00259-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Mapfre PRAICO Insurance Company |
| 4/30/2019 | 19-00260-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Hurtado Arroyo |
| 4/30/2019 | 19-00261-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. MCZY Bus Services Inc. |
| 4/30/2019 | 19-00262-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. MC-21 LLC |
| 4/30/2019 | 19-00263-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Mendez & Co. Inc. |
| 5/1/2019 | 19-00264-LTS | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE C v. Estudio Tecnicos, Inc. |

| Date Filed | Case No | Case Title |
|---|---|---|
| 5/1/2019 | 19-00265-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Citibank, N.A. |
| 5/1/2019 | 19-00266-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Fast Enterprises LLC |
| 5/1/2019 | 19-00267-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Wal-Mart Puerto Rico Inc. |
| 5/1/2019 | 19-00268-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. I.D.E.A., Inc. |
| 5/1/2019 | 19-00269-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. THE BANK OF NEW YORK MELLON et al |
| 5/1/2019 | 19-00270-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Grainger Caribe, Inc. |
| 5/1/2019 | 19-00271-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Bio-Medical Applications of Puerto Rico, Inc. |
| 5/1/2019 | 19-00272-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Eje Puerto Rico, Inc. |
| 5/1/2019 | 19-00273-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. GM Security Technologies, Inc. |
| 5/1/2019 | 19-00274-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Sabiamed Corporation |
| 5/1/2019 | 19-00275-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Casa Grande Interactive Communications, Inc. |
| 5/1/2019 | 19-00276-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Merck Sharp & Dohme (I.A.) LLC |
| 5/1/2019 | 19-00277-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Great Educational Services Corporation |
| 5/1/2019 | 19-00278-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Mangual's Office Cleaning Service Inc. |
| 5/1/2019 | 19-00279-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Eastern America Insurance Agency, Inc. |
| 5/2/2019 | 19-00280-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. BARCLAYS CAPITAL et al |
| 5/2/2019 | 19-00281-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Jefferies LLC et al |
| 5/2/2019 | 19-00282-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. BNY Mellon / POP Sec et al |
| 5/2/2019 | 19-00283-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. First Southwest Company et al |
| 5/2/2019 | 19-00284-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. DEFENDANT 1E et al |
| 5/2/2019 | 19-00285-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Defendant 1A et al |
| 5/2/2019 | 19-00286-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Defendant 1B et al |
| 5/2/2019 | 19-00287-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Defendant 1C et al |
| 5/2/2019 | 19-00288-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Defendant 1D et al |
| 5/2/2019 | 19-00290-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Microsoft Corporation |
| 5/2/2019 | 19-00291-LTS | The Financial and Oversight Management Board, et al v. Autonomy Master Fund Limited, et al |
| 5/2/2019 | 19-00292-LTS | The Financial and Oversight Management Board et al v. Cooperativa de Ahorro y Credito de Rincon, et al |
| 5/2/2019 | 19-00293-LTS | The Financial and Oversight Management Boardet al v. Ortiz de la Renta, et al |
| 5/2/2019 | 19-00294-LTS | The Financial and Oversight Management Board et al v. Martinez Sanchez, et al |
| 5/2/2019 | 19-00295-LTS | The Financial and Oversight Management Board et al v. Valdivieso, et al |
| 5/2/2019 | 19-00296-LTS | THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVER v. Friedman et al |
| 5/2/2019 | 19-00297-LTS | THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR P v. Blackrock Financial Management, Inc. et al |